

# Case Assignment
# Standard Miscellaneous Assignment

Case number **3:14MC-13-S**

Assigned : Senior Judge Charles R. Simpson III
Judge Code : 4411

Designated Magistrate Judge : Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 04/22/2014

Request New Judge ..... Return